# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0232

VERSUS

LONNIE C. JOHNSON, JR.

**APRIL 26, 2021**

---

In Re:    Lonnie C. Johnson, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-12-0635.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court denied relator's "Motion for Amending and Modification of Sentence" on April 5, 2021.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_Renee C Reed_
DEPUTY CLERK OF COURT
FOR THE COURT